E-FILED
Tuesday, 25 August, 2020 11:28:46 AM
Clerk, U.S. District Court, ILCD

# Video and telephone connection information for hearings with Judge Hawley

**NOTE: Please read through all these instructions before the video conference. If you would like to arrange a test of your connection prior to the settlement contact, please contact Whitney_Gingrich@ilcd.uscourts.gov. If on the day of the hearing you experience difficulty connecting by video, please join the conference by telephone as indicated in Step 1 below.**

**Step 1.** Copy the link below, open **Google Chrome**, and paste the link into the address bar.

*To connect by video:*
https://join.uc.uscourts.gov/invited.sf?secret=_326T6ENTcfYQrqTT0zSag&id=287753270

*To connect by phone:*
(571) 353-2300, then enter 287753270#

Step 2. Once the webpage loads, type your first and last name into the "Your Name" field and select the "Join Meeting" button.



Step 3: On the next screen, select the little lock icon on the top near the address bar and make sure that both the Camera and Microphone settings are set to allow. There is a webcam preview available on this screen so make sure that you are visible in the preview. There is also a bar that shows the microphone level. Please make sure your microphone is in working order and that you can be heard on the video call.



Step 4. Once you reach this screen, you have now entered the meeting. Please wait for Judge Hawley to connect, if he has not already done so. To see who else, if anyone, has joined the meeting, click on the person icon in the top righthand corner (circled below)



NOTE: Reconnection instructions
If you happen to disconnect from the meeting before it is finished, you will see this screen:



← CLICK HERE AND THEN ENTER THE MEETING ID: 287853270

There are two ways to reconnect. First, you can start the connection process over again from Step 1. Second, you can reconnect through the above screen by clicking "Join Meeting" and entering the following Meeting ID:  287753270

IF YOU HAVE PROBLEMS CONNECTING AFTER FOLLOWING THESE STEPS, PLEASE CONTACT:
AARON WILDER: (309) 201-2127 (cell)/(309) 671-7180 (desk)
RHONDA FLEMING: (217) 398-5240
DUSTIN HENRY: (217) 492-4005